FILED
FEB 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON)

| UNITED STATES OF AMERICA, | Case No.: 07CR793-GT |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **ANGEL GUTIERREZ-SEGURA,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from Monday, February 11, 2008 at 2:00 p.m. to Monday, March 3, 2008 at 2:00 p.m. or such other time as convenient for the Court.

Dated: 2-5-08

HONORABLE GORDON THOMPSON
United States District Judge

07CR793-GT