UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>**ANGEL GUTIERREZ-SEGURA,**<br><br>　　　　Defendant. | Case No.: 07CR793-GT<br><br>[PROPOSED] ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from March 3, 2008, at 2:00 p.m, to March 6, 2008, at 9:00 a.m, or such other time as convenient for the Court.

Dated: 2-11-08

**HONORABLE GORDON THOMPSON**
United States District Judge

07CR793-GT