FIL__

MAR 0 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07CR793-GT |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ANGEL GUTIERREZ-SEGURA,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from March 6, 2008, at 9:00 a.m, to March 28, 2008, at 9:00 a.m, or such other time as convenient for the Court.

Dated: 3-6-08

HONORABLE GORDON THOMPSON
United States District Judge

07CR793-GT